UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 08 B 05941
   MILTON DAUGHRITY
   GLORIA DAUGHRITY                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-6954     SSN XXX-XX-1966
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 03/13/08 .

   2. The case was dismissed without confirmation, 07/18/2008.

   3. The Debtor paid a total of $    692.30 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UNITED AUTO CREDIT CORP | SECURED VEHIC | .00 | .00 | 200.00 |
| ILLINOIS DEPT PUBLIC AID | CHILD SUPPORT | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| BANKFINANCIAL FSB | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| FALLS COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MIDSTATE COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |

```
NCO FINANCIAL SYSTEMS       UNSECURED       NOT FILED              .00          .00
NCO FINANCIAL SYSTEMS       UNSECURED       NOT FILED              .00          .00
R & R MOTOR                 UNSECURED       NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC    UNSECURED       NOT FILED              .00          .00
SHERMAN ACQUISITIONS        UNSECURED       NOT FILED              .00          .00
SILVER CROSS HOSPITAL       UNSECURED       NOT FILED              .00          .00
TCF BANK                    UNSECURED       NOT FILED              .00          .00
PAYDAY LOAN STORE           UNSECURED       NOT FILED              .00          .00
PAYDAY LOAN STORE           UNSECURED       NOT FILED              .00          .00
PAYDAY LOAN STORE           UNSECURED       NOT FILED              .00          .00
TRIBUTE GOLD MASTERCARD     UNSECURED       NOT FILED              .00          .00
WILL COUNTY MEDICAL ASSO    UNSECURED       NOT FILED              .00          .00
ZAFER JAWICH MD             UNSECURED       NOT FILED              .00          .00
CCA                         UNSECURED       NOT FILED              .00          .00
NCO FINANCIAL SYSTEMS       UNSECURED       NOT FILED              .00          .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT       14.00              .00        14.00
        Summary of disbursements:
------------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         14.00           .00         .00        14.00
PRINCIPAL PAID      200.00         14.00           .00         .00       214.00
INTEREST PAID          .00           .00           .00         .00          .00
TOTAL PAID          200.00         14.00           .00         .00       214.00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3500.00
and was paid $      177.29 .

The Trustee received $       24.09 .

Refunds to the Debtor totaled $     276.92 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/09/08              /s/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE  3
       CASE NO. 08 B 05941 MILTON DAUGHRITY & GLORIA DAUGHRITY
```